

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00312-CV

| | | |
|---|---|---|
| Matthew Rollins and Carl Garner | § | From the 158th District Court |
| | § | of Denton County (2013-20131-158) |
| v. | § | |
| | § | December 3, 2015 |
| Denton County, Texas, Sheriff William B. Travis, and Lisa Uhlich | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Matthew Rollins and Carl Garner shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Sue Walker_____
    Justice Sue Walker